IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 4:16 pm, Mar 19, 2020

SARAY DE LABRA, individually and as guardian and natural parent on Y.D. and A.D., her minor children; and CHRISTIAN CASTRO, individually,

    Plaintiffs,

v.

EAST COAST ASPHALT, LLC; and JAMES EDWIN ROBERTS,

    Defendants.

CIVIL ACTION NO.: 5:19-cv-65

**O R D E R**

This matter is before the Court on the parties' status reports, filed at the Honorable Lisa Godbey Wood's directive. Docs. 20, 21. Through their reports, the parties notified the Court they were able to reach a settlement agreement in this case, pending probate court approval. Id. Thus, the Court **DIRECTS** the parties to either file a stipulation of dismissal or a status report **on or before April 12, 2020**.

**SO ORDERED**, this 19th day of March, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA