FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:54 am, Jun 16, 2020

# United States District Court
## for the Southern District of Georgia
### Waycross Division

| | |
|---|---|
| SARAY DE LABRA, individually and as Guardian and Natural Parent of Y.L. and A.L., her minor children; and CHRISTIAN CASTRO,<br><br>  Plaintiffs,<br><br>v.<br><br>EAST COAST ASPHALT, LLC; and JAMES EDWIN ROBERTS,<br><br>  Defendants. | CV 519-065 |

### ORDER

Before the Court is Plaintiffs' Status Report, filed at the Court's directive. Dkt. No. 25. Plaintiffs inform the Court that they need more time to finalize the settlement agreement involving the claims of two minors. Specifically, Plaintiffs state that they intend to relocate from Texas to Georgia, and, as a result, will likely terminate the probate process in Texas and begin the probate process in Georgia, where the settlement will be subject to judicial oversight. After consideration by the Court and for good cause shown, the Court **STAYS** this case until October 15, 2020. The Parties are **ORDERED** to file a dismissal or status report of their settlement efforts on or before that date.

AO 72A
(Rev. 8/82)

**SO ORDERED**, this 16 day of June, 2020.

_/s/ Lisa Godbey Wood_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA