# United States District Court
# for the Southern District of Georgia
# Waycross Division

```
SARAY DE LABRA, individually
and as Guardian and Natural
Parent of Y.D. and A.D., her
minor children, and CHRISTIAN
CASTRO,                              CV 519-065

     Plaintiffs,

v.

EAST COAST ASPHALT, ROBERT
JAMES EDWIN, TRAVELERS
INSURANCE GROUP HOLDINGS, INC.
and ALEC ISAAC WALDRON,

     Defendants.
```

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 28, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 21 day of December, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA